**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **ACUITY, A MUTUAL INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **No. 1:22-cv-00081-CLC-CHS** |
| **BOBBY FRYAR TRUCKING and** | ) | **District Judge Curtis L. Collier** |
| **NATHANIEL HENRY,** | ) | **Magistrate Judge Christopher H. Steger** |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL

Comes now the Plaintiff, Acuity, A Mutual Insurance Company ("Acuity") and the

Defendant, Bobby Fryar Trucking, pursuant to Fed. R. Civ. P. 41 (a)(1), and stipulate that

the claims in this action are voluntarily DISMISSED WITH PREJUDICE. Each party shall

bear its own attorneys fees and discretionary costs. Acuity shall bear any court courts, if

any.

Respectfully submitted,


_s/ Hannah J. Leifel_____
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT:  (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**HANNAH J. LEIFEL**
Registration No. 038632
DIRECT: (615) 630-7722
(615) 256-8787, Ext. 152
hleifel@bkblaw.com
Attorneys for Plaintiff, Acuity, A Mutual Insurance
Company

AU Bobby Fryar Trucking Not Vol Nonsuit 221013

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN  37228


  s/ Eric J. Oliver  (signed with permission)
**ROBERT W. WHEELER**, Esquire
Registration No. 034485
rwheeler@pbsjlaw.com
**ERIC J. OLIVER**, Esquire
Registration No. 017509
eoliver@pbsjlaw.com

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**
Market Court, Suite 300
537 Market Street
Chattanooga, TN  37401-1240


## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2022, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this file through the court's electronic filing system.

Mr. Nathaniel Henry
1105 Carters Ridge Road
Spruce Pine, NC  28777


  s/ Hannah J. Leifel
**HANNAH J. LEIFEL**